## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DIANA KNIPSCHIELD, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:19-CV-02908 JAR |
| CIOX HEALTH, LLC, | ) ) ) |
| Defendant. | ) ) |

### ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Voluntary Dismissal of Action. (Doc. No. 20). There being no objection from Defendant,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED without prejudice**. Each party to bear their own attorneys fees, costs and expenses.

Dated this 2nd day of April, 2020.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**